IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

DEC 12 '24 PM 4:05
RCV'D - USDC FLO SC

**Theresa Denise Woodberry**

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

**Ruiz Food**
**McLeod**

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☐ No
                *(check one)*

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Theresa Denise Woodberry |
| Street Address | 3602 Bass Ln |
| City and County | Timmonsville |
| State and Zip Code | SC  29161 |
| Telephone Number | (803) 240-7396 |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ruiz Foods |
| Job or Title (if known) | |
| Street Address | 2557 Florence Harllee Blvd, |
| City and County | Florence SC |
| State and Zip Code | SC  29506 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | McLeod |
| Job or Title (if known) | |
| Street Address | |
| City and County | Florence |
| State and Zip Code | SC |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |

2

| | |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

The plaintiff, *(name)* _Theresa Woodberry_ is a citizen of the State of *(name)* _South Carolina_

   b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.     If the defendant is a corporation

The defendant, *(name)* _Ruiz Foods_, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Yes

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was hired at Ruiz Foods 4/20/23 and got injured on may/3/23. (See next Page). in whic the defendant broke my Civil rights. I have corperated with both Ruiz and McLeod to not get the adequate treatment I deserve. Wich left both parties at fault

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was discrimated and retaited against among other things, I don't want to file a lawsuit because nothing about this is fun. I told Ruiz Foods HR that I didn't have any intentions of suing, but I was told it's only workers' comp. I was release due to constructive dischard. And even that wasn't enough. Ruiz Foods did not provide me proper treatment and now I'm left disable I would like to ask the court relief of 1,500,000

**Dec 3 2024**

**My name is Theresa Denise Woodberry**

**I was hired at Ruiz Foods on April 20 23 and got injured on May 3 2023 due to a conveyor belt snagged my glove and pulled me through.  Upon returning to work I was subjected many issues under the Civil Rights Act Vlll and so much more. Please see below:**

**Discrimination code section 1-13-80**

**Retaliation 27-40—910**

**IIED code section 15-78-30  (f)**

**Mental Anguish code section 15-32-210**

**Psychological Abuse Code section 43-35-10**

**Harassment code section  16-3-1700 (B)**

**Denial of  Accommodations   section code  1-13-80**

**Hostile Work environment   section code  1-13-10 under code section  42 U.S.C**

**Constructive Discharge Code section  41, chapter one**

**Negligence by way of unsafe working conditions   code section 29 CFR 1960.28**

**Loss of enjoyment of life   code section   42-9-440**

**Workers' Comp Fraud code section    42-9-440**

**Conspiracy before and after the fact   code section   16-13-10**

**Defamation of character  code section   28 U.S.C  4101**

**Wage Theft   code section     41-10-80**

**Libel   section code    28**

**Exploitation of a vulnerable adult   code section     43-35-13**

**McLeod**

**Loss of enjoyment of life   code section   42-9-440**

**Conspiracy before and after the fact    code section     16-13-10**

**Forging   code section   16-13-10**

**Defamation of character   code section   28 U.S.C  4101**

**Mental Anguish code section 15-32-210**

**Loss of enjoyment of life   code section   42-9-440**

**Libel   section code     28**

**Medical Malpractice  / leaving me disable**

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12·03 , 20 24

Signature of Plaintiff

Printed Name of Plaintiff      Theresa Woodberry

### B.      For Attorneys

Date of signing: _____ , 20___.

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Address      _____

Telephone Number      _____

E-mail Address      _____