UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| THERESA DENISE WOODBERRY, | ) | Civil Action No. 4:24-cv-7249-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| RUIZ FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

In Plaintiff's filing entitled "Objection to Enforce [sic] of Arbitration Agreement and Request to Proceed in Court" (ECF No. 109), Plaintiff challenges the authenticity of the signed Arbitration Agreement attached to Defendant's Motion to Dismiss, or in the alternative, Compel Arbitration (ECF No. 66).  **Defendant is directed to file a brief addressing the issues raised by Plaintiff in ECF No. 109 within five days of the date of this Order.  Thereafter, Plaintiff shall have five days plus 3 mailing days to file a response to Defendant's brief.**

    **IT IS SO ORDERED**.

                                                                                  s/Thomas E. Rogers, III
                                                                                 Thomas E. Rogers, III
                                                                                  United States Magistrate Judge

July 30, 2025
Florence, South Carolina